

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

Glenn S. Grindlinger
Direct Dial: 212-905-2305
E-mail: ggrindlinger@foxrothschild.com

April 16, 2026

**Via ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**     **Stoddard v. Northeast Logistics, Inc.,** *et al.*
               **Civil Action No.: 1:26-cv-01176-RML**

Your Honor:

We have just been retained to represent Defendants Northeast Logistics, Inc., Parts Distribution Xpress, Inc., and Arch Auto Parts, LLC (collectively "Defendants") in the above-referenced matter.

According to the docket sheet, Defendants' responsive pleading was due on March 26, 2026. We write to request an extension of time, May 15, 2025, for Defendants to answer, move, or otherwise respond to the Complaint. We need this additional time to file a responsive pleading in order to investigate the claims asserted and otherwise comply with our obligations under Rule 11 of the Federal Rules of Civil Procedure. This is Defendants' first request for an extension of time, and to Defendants' knowledge and the undersigns review of the docket sheet, there are no scheduled court dates.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington

184514115.1



Hon. Robert M. Levy
April 16, 2026
Page 2

Plaintiff's counsel has informed us that Plaintiff consents to Defendants' request.  If the Court would like to discuss this matter in further detail, we are available at the Court's convenience.  Thank you for your attention in this matter.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Glenn S. Grindlinger*

Glenn S. Grindlinger

cc:     All counsel of record (via ECF)

184514115.1