# INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME:** **Stoddard v. Northeast Logistics, Inc. et al** **DOCKET NO.:26-CV-01176 (RML)**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **July 15, 2026**

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by: plaintiff(s) _0_ and defendant(s) 0

3. Maximum number of requests for admission by: plaintiff(s) _15_ and defendant(s) 15

4. Number of depositions by plaintiff(s) of parties _3_ non-parties 7

5. Number of depositions by defendant(s) of: parties _1_ non-parties 5

6. Time limits for depositions: 7hrs

7. Date for completion of factual discovery: **December 31, 2026**

8. Number of expert witnesses of plaintiff(s): ____ medical _1_ non-medical

    Date for expert report(s): **February 15, 2027**

    9. Number of expert witnesses of defendant(s): medical _1_ non-medical

    Date for expert report(s): **February 15, 2027**

10. Date for completion of expert discovery: **March 31, 2027**

11. Time for amendment of the pleadings by plaintiff(s): August 1, 2026 or by defendant(s) August 1, 2026

12. Number of proposed additional parties to be joined by plaintiff(s) 0 and by defendant(s) and time for completion of joinder: 0

13. Types of contemplated dispositive motions: plaintiff(s): Summary Judgment
    defendant(s): Summary Judgment

14. Dates for filing contemplated dispositive motions: plaintiff(s): April 30, 2027
    defendant(s): April 30, 2027

15.    Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16.    Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.) Yes ___ (No)

17.    This case should be ordered to arbitration at the close of discovery _____ (yes/no)

18.    This case should be ordered to mediation (now or at a later date) _____ (yes/no)
       (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

* The fillable consent form AO 85 may be found at http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf  and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.