UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Moses Stoddard,
               Plaintiff

v.

Northeast Logistics, Inc., et al.
               Defendants

-------------------------------------------------------X

1:26-cv-01176-AD (AMD)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
       Abdul Kasrim Hassan, Esq.

       Glenn Sklaire Grindlinger, Esq.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I __Robert S. Gilmore__ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of __Kohrman Jackson & Krantz__ and a member in good standing of

the bar(s) of the State(s) of __Ohio__, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

__Arch Auto Parts, LLC__. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: __8/4/26__

_____
Signature of Movant
Firm Name __Kohrman Jackson & Krantz__
Address __1375 E 9th Street, One Cleveland Center,__
__29th Floor, Cleveland, Ohio 44114__
Email __rsg@kjk.com__
Phone __1-216-696-8700__