**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------

Moses Stoddard

                Plaintiff(s),

    v.

Northeast Logistics, Inc., et al.

                Defendant(s).

-------------------------------------------------------

1:26-CV-01176-AD

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, __Robert S. Gilmore_____, being duly sworn, hereby depose and say as follows:

1.    I am a(n) __Partner_____ with the law firm of __Kohrman, Jackson & Krantz_____.
2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.    As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Ohio_____.
4.    There are no pending disciplinary proceedings against me in any state or federal court^True
5.    I __Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6.    I __Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.    Attorney Registration Number(s) if applicable: __0037042_____
8.    Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:26-CV-01176-AD__ for __Defendant___ __Arch Auto Parts, LLC_____.

Date __8/4/26_____

Ohio_____, OH

Signature of Movant
Firm Name __Kohrman Jackson & Krantz_____
Address __1375 E. 9th Street, One Cleveland Center,____
__29th Floor, Cleveland, Ohio 44114__

**NOTARIZED**



Email __rsg@kjk.com_____
Phone __1-216-696-8700_____

**BREANA BATTY**
NOTARY PUBLIC • STATE OF OHIO
Comm. No. 2025-RE-896035
My Commission Expires Oct. 28, 2030