# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**August 19, 2026**

**Via ECF**

Hon. Ann M. Donnelly, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brookklyn, NY 11201

**Re: Stoddard v. Northeast Logistics, Inc. et al**
**Case #: 26-CV-01176 (AMD)(RML)**
**Motion for Extension of Time**

Dear Judge Donnelly:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request an extension of the deadline for Plaintiff to respond to Defendant's Arch Auto Parts, LLC ("Arch Auto"), motion for -remotion conference. This request is being made because Plaintiff and Defendants Parts Distribution Xpress Inc. and Arch Auto Parts LLC are scheduled for mediation on September 3, 2026 and today, Defendant Arch Auto Parts LLC confirmed with the mediator that "Rob Gilmore will be remotely attending the mediation on September 3 on behalf of Defendant Arch Auto Parts, LLC." Relatedly, Defendant Arch Auto also stated in its pre-motion request that "Because the Court has already scheduled Mediation, we respectfully request that the Court defer setting a return date for the Motion until after the parties have reported to the Court on whether the mediation resulted in a settlement." (ECF No. 14).

As such, it is respectfully requested that this Honorable Court extend the deadline for Plaintiff to respond to Defendant's Arch Auto pre-motion request by 30 days to September 18, 2026. If the case is settled, we will notify the Court promptly.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC
~~~~~

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsels via ECF**