# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.** Tel: 718-740-1000
Email: abdul@abdulhassan.com Fax: 718-740-2000
***Employment and Labor Lawyer*** Web: www.abdulhassan.com


**September 18, 2026**

**Via ECF**

Hon. Ann M. Donnelly, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brookklyn, NY 11201

**Re: Stoddard v. Northeast Logistics, Inc. et al**
**Case #: 26-CV-01176 (AMD)(RML)**
**Notice of Settlement and Request for Adjournment**

Dear Judge Donnelly:

My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action and intend to file any necessary papers with the Court, as per the Second Circuit's decisions in *Cheeks v. Freeport Pancake House, Inc.,*796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.,* 24 F.4th 804 (2d Cir. 2022). In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsels via ECF**
~~~~~