# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.** Tel: 718-740-1000
Email: abdul@abdulhassan.com Fax: 718-740-2000
***Employment and Labor Lawyer*** Web: www.abdulhassan.com


**October 28, 2026**

**Via ECF**

Hon. Robert M. Levy, USMJ
United States District Court, EDNY
225 Cadman Plaza East
Brookklyn, NY 11201

**Re: Stoddard v. Northeast Logistics, Inc. et al**
**Case #: 26-CV-01176 (AMD)(RML)**
**Motion for Extension of Time**

Dear Magistrate-Judge Levy:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the October 28, 2026 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement paperwork. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsels via ECF**
~~~~~